UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDULHAQ RAHIM,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT,<br><br>Respondent. | CASE NO. 2:26-cv-03545-LK<br><br>ORDER TO CONSOLIDATE CASES |

This matter comes before the Court on Petitioner Abdulhaq Rahim's response to the Court's order to show cause. Dkt. Nos. 14, 16. Rahim does not oppose consolidation of this case with *Rahim v. Hernandez*, No. 2:26-cv-03476-LK, and requests that the Court close this case so he can proceed with counsel in *Rahim v. Hernandez*. Dkt. No. 16 at 1.

Under Rule 42(a), the Court may consolidate cases that involve common questions of law or fact. Fed. R. Civ. P. 42(a). The Court enjoys broad discretion in making this determination. *Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008); *see also Pedraza v. Alameda Unified Sch. Dist.*, 676 Fed. App'x 704, 706 (9th Cir. 2017). Petitioner filed the above-captioned case pro se, but is now represented by counsel in *Rahim v. Hernandez*, No. 2:26-cv-03476-LK; this petition and the petition in *Rahim v. Hernandez* present identical questions of law and fact and should be consolidated. Fed. R. Civ. P. 42(a).

The Court ORDERS as follows:

(1) *Rahim v. Hernandez*, No. 2:26-cv-03476-LK, and *Rahim v. Scott*, No. 2:26-cv-03545-LK, shall be consolidated for all purposes.

(2) All filings in this consolidated action shall be filed on the docket of the first-filed case, *Rahim v. Hernandez*, No. 2:26-cv-03476-LK.

(3) The scheduling order issued in *Rahim v. Hernandez*, No. 2:26-cv-03476-LK, Dkt. No. 4 (Sept. 17, 2026) remains in effect.

(4) The Clerk is directed to file this Order on the docket in *Rahim v. Hernandez*, No. 2:26-cv-03476-LK.

(5) The Clerk is further directed to administratively close this case.

Dated this 25th day of September, 2026.

Lauren King
United States District Judge